UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| SMITH WHOLESALE | ) | |
|---|---|---|
| COMPANY, INC., *ET AL.* | ) | |
| | ) | |
| v. | ) | NO. 2:03-CV-30 |
| | ) | |
| R.J. REYNOLDS | ) | |

## **ORDER**

It is hereby **ORDERED** that the State of Tennessee's motion to alter or amend order denying defendant's motion to dismiss is **GRANTED**. [Doc. 121]. In its motion, the State seeks to modify the Court's statement in it's Memorandum Opinion, [Doc. 116], that State had conceded that it could not seek damages for a violation of the TTPA in its *parens patriae* capacity. The Court's Memorandum Opinion is hereby amended to reflect that the State of Tennessee has merely conceded that it does not seek damages for a violation of the TTPA on behalf of its individual citizens, not that it concedes it would not have the ability to legally bring such a claim. This holding does not change the result of this Court's Order, [Doc. 117], incorporating the Court's Memorandum Opinion, and the Memorandum Opinion shall remain in effect in all other respects.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE