UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SMITH WHOLESALE CO., INC., *ET AL.* | ) | |
| | ) | |
| v. | ) | NO. 2:03-CV-30 |
| | ) | |
| R. J. REYNOLDS TOBACCO COMPANY | ) | |

**O R D E R**

This price discrimination matter is before the Court to address two pretrial motions. After careful consideration of these motions, it is hereby **ORDERED:**

1. That R. J. Reynolds Tobacco Company's Motion to Strike Plaintiffs' Reply Brief in Support of Their Objections to Magistrate Judge Inman's Report and Recommendation Regarding RJR's Motion for Summary Judgment is **GRANTED** because this reply violates Rule 72(b) of the Federal Rules of Civil Procedure. [Doc. 334].

2. That the Motion for Hearing on Plaintiffs' Objections to Magistrate

Judge Inman's Report and Recommendation Regarding R.J. Reynolds Tobacco Company's Motion for Summary Judgment is **DENIED**. [Doc. 335].

ENTER:

                                        s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE

2

Case 2:03-cv-00030   Document 338   Filed 03/28/05   Page 2 of 2   PageID #: 822