UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SMITH WHOLESALE CO., INC., <u>ET AL.</u> | ) | |
| | ) | |
| v. | ) | NO. 2:03-CV-30 |
| | ) | |
| R. J. REYNOLDS TOBACCO COMPANY | ) | |

## **O R D E R**

For the reasons set out in the Memorandum Opinion that accompanies this order, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 313] is **ADOPTED** and **APPROVED**, and that the Motion to Summary Judgment filed by the defendant is **GRANTED**, and the plaintiffs' complaints are **DISMISSED.** [Doc. 164]. This order renders the defendant's Motion for Stay Pending Arbitration and Motion in Limine MOOT. [Docs. 294 and 213]. It is also hereby **ORDERED** that the Preliminary Instruction issued by this Court on August 6, 2003 is **VACATED.**

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE