UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| SMITH WHOLESALE CO., INC., <u>ET AL.</u> | ) | |
| | ) | |
| v. | ) | NO. 2:03-CV-30 |
| | ) | |
| R. J. REYNOLDS TOBACCO COMPANY | ) | |

## <u>O R D E R</u>

It is hereby **ORDERED** that each of the claims of all the plaintiffs are **DISMISSED** on the merits in their entirety **WITH PREJUDICE**, and that **FINAL JUDGMENT** in favor of R. J. Reynolds Tobacco Company is **ENTERED**.

ENTER:

<u>s/J. RONNIE GREER</u>
UNITED STATES DISTRICT JUDGE
